Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>OMAHA STEAKS INTERNATIONAL, LLC and OMAHASTEAKS.COM, LLC,<br><br>*Defendants*. | Case No. 4:26-cv-01061-HSG<br><br>**STIPULATION FOR EXTENSION OF BRIEFING DEADLINES RE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY THE PROCEEDINGS; ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

Stipulation for Extension of Briefing
Deadlines                                                    Case No. 4:26-cv-01061-HSG

Pursuant to Local Rule 6-2, Plaintiff Andrew Cohen ("Plaintiff") and Omaha Steaks International, LLC and OmahaSteaks.com, LLC ("Defendants" and collectively, the "Parties"), by and through their respective counsel hereby stipulate to extend the deadlines in the briefing schedule as follows:

WHEREAS, Plaintiff filed the Complaint in this case on February 3, 2026 (Dkt. 1);

WHEREAS, Defendants filed a Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay the Proceedings (the "Motion") on March 30, 2026 (Dkt. 12);

WHEREAS, the existing deadlines and scheduled hearing related to the Motion are as follows:

1. April 13, 2026 – Plaintiff's current deadline to file a response to the Motion.

2. April 20, 2026 – Defendants' current deadline to file a reply in support of the Motion.

3. June 25, 2026 at 2:00 p.m. – Hearing of the Motion.

WHEREAS, the Parties' proposed extensions to the briefing schedule will not affect the currently scheduled hearing date;

WHEREAS, the Parties have met, conferred, and agreed to propose to the Court an extension of the briefing schedule on Defendants' Motion to give both Parties sufficient time to fully brief the issues.

NOW THEREFORE, the Parties hereby stipulate and agree to an extension of the above deadlines as follows:

1. April 30, 2026 – Plaintiff's deadline to file a response to the Motion.

2. May 15, 2026 – Defendants' deadline to file a reply in support of the Motion.

**IT IS SO STIPULATED.**

Dated: April 2, 2026

Respectfully submitted,

By: */s/ Richard Lyon*
Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)

simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

Respectfully submitted,

Dated: April 2, 2026

By: */s/ Destiny R. Lopez*
Megan O'Neill (SBN 220147)
moneill@dtolaw.com
DTO LAW
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (415) 630-4100
Facsimile: (415) 630-4105

Destiny R. Lopez (SBN 342505)
drlopez@dtolaw.com
DTO LAW
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Attorneys for Defendants*
*OMAHA STEAKS INTERNATIONAL, LLC and*
*OMAHASTEAKS.COM, LLC*

## **Attestation of Compliance**

In compliance with Local Ruel 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Richard Lyon*
Richard Lyon

## ORDER

Having considered the Stipulation for Extension of Briefing Deadlines Re Defendants' Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay the Proceedings, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's response to Defendants' Motion shall be filed by April 30, 2026.

2.   Defendants' reply in support of their Motion shall be filed by May 15, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____4/3/2026_____

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER                                          1                          Case No. 4:26-cv-01061-HSG